| Fill in this information to identify the case: |
| --- |

United States Bankruptcy Court for the:

Southern District of Texas (Houston Division)

(State)

Case number (*If known*): _____ Chapter __11__

☐ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/16

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.**

| 1. | **Debtor's name** | **Harvey Gulf International Marine, LLC** |
| --- | --- | --- |

2. **All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number** (EIN)

72-0544472

4. **Debtor's address**

**Principal place of business**

**701 Poydras St., Ste. 3700**
Number        Street

**New Orleans**          **LA**     **70139**
City                    State    ZIP Code

**Orleans Parish**
County

**Mailing address, if different from principal place of business**

Number        Street

P.O. Box

City                    State    ZIP Code

**Location of principal assets, if different from principal place of business**

Number        Street

City                    State    ZIP Code

5. **Debtor's website** (URL)    **http://www.harveygulf.com**

6. **Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding  LLP)

☐ Other. Specify: _____

| Debtor | **Harvey Gulf International Marine, LLC** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

<u>4</u>   <u>8</u>   <u>3</u>   <u>1</u>

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check all that apply:*

　　☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

　　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　　☒ A plan is being filed with this petition.

　　☒ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No

☐ Yes.   District _____   When _____   Case number _____
　　　　　　　　　　　　　　　　　MM / DD / YYYY

　　　　　District _____   When _____   Case number _____
　　　　　　　　　　　　　　　　　MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No

☒ Yes.   Debtor   **See Schedule 1**　　　Relationship _____

　　　　　District   **Southern District of Texas**　　When   **03 / 07 / 2018**
　　　　　　　　　　　　　　　　　　　　　　　　　　　MM  /  DD  / YYYY

　　　　　Case number, if known _____

Debtor   **Harvey Gulf International Marine, LLC**   Case number (*if known*)_____
Name

---

**11. Why is the case filed in *this district*?**

Check all that apply:

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No  **See Schedule 2**

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?**  (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

Where is the property?_____
     Number  Street

_____

_____
     City       State  ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

   Contact name _____

   Phone _____

---

**Statistical and administrative information**

---

**13. Debtor's estimation of available funds**

Check one:

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☒ 200-999 | | |

---

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☒ $100,000,001-$500 million | ☐ More than $50 billion |

---

| Debtor | **Harvey Gulf International Marine, LLC** | | Case number *(if known)* |
|---|---|---|---|
| | Name | | |

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million

- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million

- ☐ $500,000,001-$1 billion
- ☒ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

---

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

- ■ I have been authorized to file this petition on behalf of the debtor.

- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **03 / 07 / 2018**
MM / DD / YYYY

✘ **/s/ Shane J. Guidry**                                    Shane J. Guidry
Signature of authorized representative of debtor              Printed name

Title **Chief Executive Officer**

---

**18. Signature of attorney**

✘ **/s/ Harry A. Perrin**                      Date   **03 / 07 / 2018**
Signature of attorney for debtor                   MM   / DD / YYYY

**Harry A. Perrin**
Printed name

**Vinson & Elkins LLP**
Firm name

**1001 Fannin Street, Suite 2500**
Number          Street

**Houston**                                   **TX**          **77002-6760**
City                                          State         ZIP Code

**713-758-2222**                              **hperrin@velaw.com**
Contact phone                                 Email address

**15796800**                                  **TX**
Bar number                                    State

---

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Southern District of Texas (Houston Division)
(State)

Case number *(if known)*:_____   Chapter   11

☐ Check if this is an
amended filing

## Schedule 1
Pending Bankruptcy Cases Filed by the Debtor and Affiliates of the Debtor

| |
|---|
| Gladiator Marine, Inc. |
| Golden Lane Marine, Inc. |
| Guidry Brothers, Inc. |
| Harvey America LNG, LLC |
| Harvey Badger, LLC |
| Harvey Bear, LLC |
| Harvey Beaver, LLC |
| Harvey Blue-Sea, LLC |
| Harvey Bobcat, LLC |
| Harvey Bronco, LLC |
| Harvey Buffalo, LLC |
| Harvey Bull, LLC |
| Harvey Carrier, LLC |
| Harvey Challenger, LLC |
| Harvey Champion, LLC |
| Harvey Charger, LLC |
| Harvey Clipper, LLC |
| Harvey Colt, LLC |
| Harvey Condor, LLC |
| Harvey Cougar, LLC |
| Harvey Cowboy, LLC |
| Harvey Deep-Sea, LLC |
| Harvey Eagle, LLC |
| Harvey Energy, LLC |
| Harvey Explorer 242, L.L.C. |
| Harvey Express 225, LLC |
| Harvey Falcon, LLC |
| Harvey Freedom, LLC |
| Harvey Gator, LLC |
| Harvey Giant, LLC |
| Harvey Gladiator, LLC |
| Harvey Grizzly, LLC |
| Harvey Gulf International Marine, LLC |
| Harvey Hauler, LLC |
| Harvey Hawk, LLC |
| Harvey Hawkeye, LLC |
| Harvey Heat, LLC |
| Harvey Herd, LLC |
| Harvey Hurricane, LLC |
| Harvey Husky, LLC |
| Harvey Hustler, LLC |
| Harvey Indian, LLC |
| Harvey Intruder, L.L.C. |
| Harvey Jaguar, LLC |
| Harvey Leader, LLC |
| Harvey Legend, LLC |
| Harvey Liberty, LLC |
| Harvey Lightning, L.L.C. |
| Harvey Lion, LLC |
| Harvey Mariner, LLC |
| Harvey Mustang, LLC |
| Harvey Otter, LLC |
| Harvey Pacer, LLC |
| Harvey Panther, LLC |

| |
|---|
| Harvey Patriot, LLC |
| Harvey Pioneer, LLC |
| Harvey Pirate, LLC |
| Harvey Power, LLC |
| Harvey Provider 240, L.L.C. |
| Harvey Raider, LLC |
| Harvey Rain, LLC |
| Harvey Ram, LLC |
| Harvey Raven, LLC |
| Harvey Razorback, LLC |
| Harvey Rebel, LLC |
| Harvey Redhawk, LLC |
| Harvey Rover, LLC |
| Harvey Runner, LLC |
| Harvey Sailor, LLC |
| Harvey Saint, LLC |
| Harvey Sea Lion, LLC |
| Harvey Sea-Hawk, LLC |
| Harvey Seas, LLC |
| Harvey Spirit, L.L.C. |
| Harvey Spur, LLC |
| Harvey Steeler, LLC |
| Harvey Storm, LLC |
| Harvey Subsea, LLC |
| Harvey Supporter, LLC |
| Harvey Thunder, L.L.C. |
| Harvey Tiger, LLC |
| Harvey Tugs, LLC |
| Harvey War Horse III, L.L.C. |
| Harvey War Horse, L.L.C. |
| Harvey Wave, LLC |
| Harvey Wind, LLC |
| Harvey Wolf, LLC |
| Harvey Worker, LLC |
| HGIM Corp. |
| HGIM Holdings, LLC |
| N.J. Guidry & Sons Towing Co., Inc. |

**Fill in this information to identify the case and this filing:**

Debtor Name __**Harvey Gulf International Marine, LLC**__

United States Bankruptcy Court for the: _____**Southern**_____ District of __**Texas**__
(State)

Case number (*If known*): _____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☒ Other document that requires a declaration __**List of Affiliate Debtors**_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __**03 / 07 / 2018**__          ✘ **/s/ Shane J. Guidry**_____
         MM / DD / YYYY                 Signature of individual signing on behalf of debtor

                                **Shane J. Guidry**_____
                                Printed name

                                **Chief Executive Officer**_____
                                Position or relationship to debtor

Official Form 202          **Declaration Under Penalty of Perjury for Non-Individual Debtors**

**Fill in this information to identify the case and this filing:**

Debtor Name **Harvey Gulf International Marine, LLC**

United States Bankruptcy Court for the: **Southern**   District of **Texas**
(State)

Case number (*If known*): _____

☐ Check if this is an
amended filing

### Schedule 2
Real Property or Personal Property that Needs Immediate Attention

Question 12, among other things, asks the debtor to identify any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

The above-captioned debtor (the "***Debtor***") engages in maritime shipping and related services for the off-shore oil and natural gas industry.  The Debtor does not believe it owns or possesses any real or personal property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety.

**Fill in this information to identify the case and this filing:**

Debtor Name **Harvey Gulf International Marine, LLC**

United States Bankruptcy Court for the: _____**Southern**_____ District of ____**Texas**____
                                                                                    (State)

Case number (*If known*): _____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐  *Schedule H: Codebtors* (Official Form 206H)

☐  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐  Amended *Schedule _____*

☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☒  Other document that requires a declaration **Property Statement** _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **03 / 07 / 2018**          ✗ **/s/ Shane J. Guidry**
                    MM / DD / YYYY                Signature of individual signing on behalf of debtor

                                               **Shane J. Guidry**
                                               Printed name

                                               **Chief Executive Officer**
                                               Position or relationship to debtor

Official Form 202                    Declaration Under Penalty of Perjury for Non-Individual Debtors

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 18-[_____] |
| | § | |
| **HARVEY GULF INTERNATIONAL** | § | (Chapter 11) |
| **MARINE, LLC**, *et al.*, | § | |
| | § | (Joint Administration Requested) |
| Debtors.[1] | § | (Emergency Hearing Requested) |

**LIST OF EQUITY HOLDERS**

| Debtor | Equity Holders | Address of Equity Holder | Percentage of Equity Held |
|---|---|---|---|
| Harvey Gulf International Marine, LLC | HGIM Corp. | 701 Poydras St., Ste. 3700, New Orleans, LA 70139 | 100.00% |

---

[1]     The Debtors in these chapter 11 cases and the last four digits of their respective federal tax identification numbers are: Gladiator Marine, Inc. (3298), Golden Lane Marine, Inc. (4167), Guidry Brothers, Inc. (6568), Harvey America LNG, LLC (8857), Harvey Badger, LLC (2525), Harvey Bear, LLC (6355), Harvey Beaver, LLC (2298), Harvey Blue-Sea, LLC (0837), Harvey Bobcat, LLC (0099), Harvey Bronco, LLC (6441), Harvey Buffalo, LLC (8949), Harvey Bull, LLC (2896), Harvey Carrier, LLC (8502), Harvey Challenger, LLC (0334), Harvey Champion, LLC (9246), Harvey Charger, LLC (6139), Harvey Clipper, LLC (1593), Harvey Colt, LLC (6038), Harvey Condor, LLC (8252), Harvey Cougar, LLC (5816), Harvey Cowboy, LLC (0864), Harvey Deep-Sea, LLC (8407), Harvey Eagle, LLC (1135), Harvey Energy, LLC (8717), Harvey Explorer 242, L.L.C. (5016), Harvey Express 225, LLC (0818), Harvey Falcon, LLC (0858), Harvey Freedom, LLC (5429), Harvey Gator, LLC (7401), Harvey Giant, LLC (1757), Harvey Gladiator, LLC (0222), Harvey Grizzly, LLC (1887), Harvey Gulf International Marine, LLC (4472), Harvey Hauler, LLC (9654), Harvey Hawk, LLC (5055), Harvey Hawkeye, LLC (3208), Harvey Heat, LLC (0384), Harvey Herd, LLC (3095), Harvey Hurricane, LLC (1196), Harvey Husky, LLC (3647), Harvey Hustler, LLC (5552), Harvey Indian, LLC (0709), Harvey Intruder, L.L.C. (1512), Harvey Jaguar, LLC (8702), Harvey Leader, LLC (7641), Harvey Legend, LLC (3187), Harvey Liberty, LLC (0308), Harvey Lightning, L.L.C. (3787), Harvey Lion, LLC (6760), Harvey Mariner, LLC (3917), Harvey Mustang, LLC (9266), Harvey Otter, LLC (4295), Harvey Pacer, LLC (5543), Harvey Panther, LLC (8839), Harvey Patriot, LLC (4297), Harvey Pioneer, LLC (7920), Harvey Pirate, LLC (9649), Harvey Power, LLC (8862), Harvey Provider 240, L.L.C. (5017), Harvey Raider, LLC (9905), Harvey Rain, LLC (2933), Harvey Ram, LLC (7523), Harvey Raven, LLC (1432), Harvey Razorback, LLC (3556), Harvey Rebel, LLC (3584), Harvey Redhawk, LLC (8299), Harvey Rover, LLC (0651), Harvey Runner, LLC (1882), Harvey Sailor, LLC (2032), Harvey Saint, LLC (1609), Harvey Sea Lion, LLC (2325), Harvey Sea-Hawk, LLC (1664), Harvey Seas, LLC (0471), Harvey Spirit, L.L.C. (6777), Harvey Spur, LLC (5474), Harvey Steeler, LLC (5881), Harvey Storm, LLC (7078), Harvey Subsea, LLC (6477), Harvey Supporter, LLC (9141), Harvey Thunder, L.L.C. (5020), Harvey Tiger, LLC (4232), Harvey Tugs, LLC (8947), Harvey War Horse, L.L.C. (5019), Harvey War Horse III, L.L.C. (3785), Harvey Wave, LLC (2246), Harvey Wind, LLC (0974), Harvey Wolf, LLC (7836), Harvey Worker, LLC (2503), HGIM Corp. (0829), HGIM Holdings, LLC (0448), and N.J. Guidry & Sons Towing Co., Inc. (9524).  The location of the Debtors' U.S. corporate headquarters and the Debtors' service address is:  One Shell Square, 701 Poydras Street, Suite 3700, New Orleans, Louisiana 70139.

## CORPORATE OWNERSHIP STATEMENT (RULES 1007 (a)(1) and 7007.1)

Pursuant to Federal Rules of Bankruptcy Procedure 1007 (a)(1) and 7007.1,  the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests:

| Debtor | Corporate Equity Holder(s) | Address of Corporate Equity Holder(s) | Percentage of Equity Held |
|---|---|---|---|
| Harvey Gulf International Marine, LLC | HGIM Corp. | 701 Poydras St., Ste. 3700, New Orleans, LA 70139 | 100.00% |

**Fill in this information to identify the case and this filing:**

Debtor Name **Harvey Gulf International Marine, LLC**

United States Bankruptcy Court for the: **Southern** District of **Texas**
(State)

Case number (*If known*): _____

---

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☒ Other document that requires a declaration **List of Equity Holders and Corporate Ownership Statement** _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **03 / 07 / 2018**
MM / DD / YYYY

✖ **/s/ Shane J. Guidry**
Signature of individual signing on behalf of debtor

**Shane J. Guidry**
Printed name

**Chief Executive Officer**
Position or relationship to debtor

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name: | Harvey Gulf International Marine, LLC |
| United States Bankruptcy Court for the: | Southern District of Texas (Houston Division) |
| Case number (if known): | |

☐ Check if this is an amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases:  List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 30 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured Claim |
| 1 | Woods Hole Group, Inc. Attn: Robert Hamilton, Jr., President and Chief Executive Officer 15 Creek Road Marion, MA 02738 | Woods Hole Group, Inc. Attn: Robert Hamilton, Jr., President and Chief Executive Officer PHONE: 508-540-8080 FAX: 508-540-1001 EMAIL: bhamilton@whgrp.com | Trade | | | | $570,250.00 |
| 2 | Canyon Offshore Inc Attn: Owen Kratz, President and Chief Executive Officer 3505 W. Sam Houston Pkwy. Suite 400 Houston, TX 77043 | Canyon Offshore Inc Attn: Owen Kratz, President and Chief Executive Officer PHONE: 281-618-0400 FAX: 281- 618-0500 | Trade | | | | $353,928.00 |
| 3 | SeaTran Marine, L.L.C. Attn: Blake J. Miguez, President and Chief Executive Officer P.O. Box 1820 Amelia, LA 70340 | SeaTran Marine, L.L.C. Attn: Blake J. Miguez, President and Chief Executive Officer PHONE: 985-631-9004 FAX: 985-631-0404 | Trade | | | | $172,307.40 |
| 4 | Global Data Systems, Inc. Attn: Chuck Vincent, Chairman & Chief Executive Officer 310 Laser Lane Lafayette, LA 70507 | Global Data Systems, Inc. Attn: Chuck Vincent, Chairman & Chief Executive Officer PHONE: 337-291-6500 FAX: 337-291-9739 | Trade | | | | $104,585.25 |
| 5 | Kongsberg Maritime, Inc. Attn: Jon Holvik, President 5373 W. Sam Houston Parkway N. Houston, TX 77041 | Kongsberg Maritime, Inc. Attn: Jon Holvik, President PHONE: 713-329-5580 FAX: 713-329-5581 EMAIL: jon.holvik@kongsberg.com | Trade | | | | $100,771.88 |
| 6 | Martin Energy Services, LLC Attn: Damon King, Chief Operating Officer Three Riverway Suite 400 Houston, TX 77056 | Martin Energy Services, LLC Attn: Damon King, Chief Operating Officer PHONE: 713-350-6800 FAX: 713-350-6870 | Trade | | | | $85,987.68 |
| 7 | Vacco, Inc. Attn: Gordon Dove, President P.O. Box 8032 Houma, LA 70361 | Vacco, Inc. Attn: Gordon Dove, President PHONE: 985-851-4400 FAX: 985-851-4141 EMAIL: laura@vaccomarine.com | Trade | | | | $83,927.40 |
| 8 | Offshore Oil Services Inc. Attn: Stacy Jo Stanley, President and Chief Executive Officer 1608 Old Angleton Road Clute, TX 77531 | Offshore Oil Services Inc. Attn: Stacy Jo Stanley, President and Chief Executive Officer PHONE: 979-265-3300 FAX: 979-265-3307 EMAIL: stacy@offshoreoil.com | Trade | | | | $71,013.60 |

Debtor Harvey Gulf International Marine, LLC                                                                                      Case number (if known) _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured Claim |
| 9 Sewart Supply, Inc. Attn: Allie Adams III, President P.O. Drawer L Morgan City, LA 70381 | Sewart Supply, Inc. Attn: Allie Adams III, President PHONE: 985-385-0380 FAX: 985-385-0471 | Trade | | | | $56,232.00 |
| 10 Wartsila North America, Inc. Attn: Aaron Bresnahan, Managing Director 16330 Air Center Blvd. Houston, TX 77032 | Wartsila North America, Inc. Attn: Aaron Bresnahan, Managing Director PHONE: 281-233-6200 FAX: 281-233-6233 | Trade | | | | $51,478.69 |
| 11 National Oilwell Varco, L.P. Attn: Clay C. Williams, President, Chairman, and Chief Executive Officer Rig Solutions Spares and Service 5212 West Hwy 90 New Iberia, LA 70560 | National Oilwell Varco, L.P. Attn: Clay C. Williams, President, Chairman, and Chief Executive Officer PHONE: 713-375-3700 FAX: 713-375-3994 | Trade | | | | $50,247.58 |
| 12 Swire Oilfield Services LLC Attn: Mike Perera, Director & General Manager US 28420 Hardy Toll Road Suite 100 Spring, TX 77373 | Swire Oilfield Services LLC Attn: Mike Perera, Director & General Manager US PHONE: 281-210-5598 FAX: 281-210-5599 EMAIL: usa@swireos.com | Trade | | | | $48,605.02 |
| 13 SOPUS Products Attn: Ben van Beurden, Chief Executive Officer Equilon Enterprises LLC - d/b/a Shell Oil Products US 910 Louisiana Street Houston, TX 77002 | SOPUS Products Attn: Ben van Beurden, Chief Executive Officer PHONE: 713-241-6161 FAX: 713-241-4044 | Trade | | | | $45,939.05 |
| 14 M2 Subsea Operations LLC Mike Arnold, Chief Executive Officer 24624 I-45, Suite 150 Spring, TX 77386 | M2 Subsea Operations LLC Mike Arnold, Chief Executive Officer PHONE: 44 (0)1224 937477 | Trade | | | | $45,719.21 |
| 15 Sparrows Offshore LLC Attn: Stewart Mitchell, Chief Executive Officer 6758 Northwinds Drive Houston, TX 77041 | Sparrows Offshore LLC Attn: Stewart Mitchell, Chief Executive Officer PHONE: 713-896-0002 FAX: 713-896-5130 | Trade | | | | $43,640.50 |
| 16 Cummins Mid-South, LLC Attn: Mark Whitehead, Chief Financial Officer Morgan City Branch 7388 Highway 182 Morgan City, LA 70380 | Cummins Mid-South, LLC Attn: Mark Whitehead, Chief Financial Officer PHONE: 985-631-0576 FAX: 985-631-0081 | Trade | | | | $38,744.21 |
| 17 ABS Americas, LLC Attn: Christopher J. Wiernicki, Chairman, President and Chief Executive Officer 990 North Corporate Drive Suite 307 Harahan, LA 70123 | ABS Americas, LLC Attn: Christopher J. Wiernicki, Chairman, President and Chief Executive Officer PHONE: 504-731-2960; 281-877-6000 FAX: 281-877-5976 | Trade | | | | $37,124.50 |
| 18 London Offshore Consultants, Inc Attn: Stuart Hill, President Sierra Pines II 1575 Sawdust Road, Suite 200 The Woodlands, TX 77380 | London Offshore Consultants, Inc Attn: Stuart Hill, President PHONE: 281-987-7400 FAX: 281-987-7438 EMAIL: houston@loc-group.com | Trade | | | | $32,609.49 |
| 19 High Roller LNG LLC Attn: Dustin Bailey, Chief Executive Officer 1008 Southview Circle Center, TX 75935 | High Roller LNG LLC Attn: Dustin Bailey, Chief Executive Officer PHONE: 936-598-8587 | Trade | | | | $31,982.70 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured Claim |
| 20 Airgas Priority Nitrogen LLC Attn: Mike Molinini, President and Chief Executive Officer 259 N. Radnor-Chester Road Radnor, PA 19087 | Airgas Priority Nitrogen LLC Attn: Mike Molinini, President and Chief Executive Officer PHONE: 610-687-5253 FAX: 610-225-3271 | Trade | | | | $28,755.70 |
| 21 Sampey Fabrication LLC Attn: Ross Sampey, Owner 709 East Main St. Lockport, LA 70374 | Sampey Fabrication LLC Attn: Ross Sampey, Owner PHONE: 985-532-7003 FAX: 985-532-3625 | Trade | | | | $28,180.00 |
| 22 Gulf South Armature Inc. Attn: Yvonne Smith, Owner 8550 Park Ave Houma, LA 70363 | Gulf South Armature Inc. Attn: Yvonne Smith, Owner PHONE: 985-872-0486 FAX: 985-872-3135 | Trade | | | | $27,748.13 |
| 23 Bollinger Shipyards LLC Attn: Ben Bordelon, President and Chief Executive Officer P.O. Box 250 8365 Hwy 308 South Lockport, LA 70374 | Bollinger Shipyards LLC Attn: Ben Bordelon, President and Chief Executive Officer PHONE: 985-532-2554 FAX: 985-532-7225 | Trade | | | | $27,678.99 |
| 24 Complete Marine Services, LLC Attn: President or General Counsel 1250 L & A Road Metairie, LA 70001 | Complete Marine Services, LLC Attn: President or General Counsel PHONE: 888-699-9267; 985-631-3804 FAX: 888-739-4221 | Trade | | | | $26,095.75 |
| 25 Marine Interior Systems Attn: Adam Rodgers, Director of Business Development 2113 Government St. Suite H-1 Ocean Springs, MS 39564 | Marine Interior Systems Attn: Adam Rodgers, Director of Business Development PHONE: 985-801-2202 FAX: 985-875-9297 EMAIL: arodgers@marineinteriorsystems.com | Trade | | | | $25,562.50 |
| 26 International Paint LLC Attn: Ian Rowell, Vice President of Sales P.O. Box 847202 Dallas, TX 75284 | International Paint LLC Attn: Ian Rowell, Vice President of Sales PHONE: 713-682-1711 FAX: 713-684-1511 | Trade | | | | $25,429.23 |
| 27 VARD Marine US, Inc. Attn: Dave McMillan, President and Chief Executive Officer 15995 N Barkers Landing Rd #125 Houston, TX 77079 | VARD Marine US, Inc. Attn: Dave McMillan, President and Chief Executive Officer PHONE: 713-981-2012 FAX: 713-595-7999 EMAIL: houston@vard.com | Trade | | | | $24,702.00 |
| 28 Blue Ocean Tackle Inc. Attn: Mark Barrett, President 4911 Lyons Technology Pkwy, Suite 9 Coconut Creek, FL 33073 | Blue Ocean Tackle Inc. Attn: Mark Barrett, President PHONE: 754-212-4892 FAX: 754-999-2199 | Trade | | | | $21,984.50 |
| 29 Power Specialties, L.L.C. Attn: Steve A May, President 325 Chennault Street Morgan City, LA 70380 | Power Specialties, L.L.C. Attn: Steve A May, President PHONE: 985-384-8580 FAX: 985-385-6903 EMAIL: psi@atvci.net | Trade | | | | $21,875.05 |
| 30 Marine Nitrogen Generators Attn: Tom Cantero, Managing Director PO Box 4103 Konsgaard Kristiansand N-4689 Norway | Marine Nitrogen Generators Attn: Tom Cantero, Managing Director PHONE: 47-380-399-00 FAX: 47-38-10-01-20 EMAIL: cantert@airproducts.com | Trade | | | | $20,685.98 |

**Fill in this information to identify the case and this filing:**

Debtor Name **Harvey Gulf International Marine, LLC**

United States Bankruptcy Court for the: _____**Southern**_____ District of _____**Texas**_____
(State)

Case number (*If known*): _____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __**03 / 07 / 2018**__          ✘ **/s/ Shane J. Guidry**_____
MM / DD / YYYY                          Signature of individual signing on behalf of debtor

                                        **Shane J. Guidry**_____
                                        Printed name

                                        **Chief Executive Officer**_____
                                        Position or relationship to debtor

WRITTEN CONSENT OF
THE MANAGERS OR BOARDS OF DIRECTORS OF
CERTAIN SUBSIDIARIES OF HGIM HOLDINGS, LLC AND HGIM CORP.

March 6, 2018

The undersigned, being the managers or members of the boards of directors, as applicable (collectively, the "*Governing Body*"), of each of the subsidiaries of HGIM Holdings, LLC and its wholly-owned subsidiary HGIM Corp. (collectively, the "*Parent Companies*") listed on the signature pages hereto (collectively, the "*Subsidiaries*"), acting for and on behalf of each of the Subsidiaries by written consent in lieu of a meeting, **DO HEREBY CONSENT** to the taking of the following actions, and **DO HEREBY ADOPT** the following resolutions pursuant to the limited liability company agreement or bylaws or similar organizational document of each of the Subsidiaries:

### *Chapter 11 Filing*

**WHEREAS**, the Boards of Directors of the Parent Companies have authorized the Parent Companies to file or cause to be filed with the United States Bankruptcy Court for the Southern District of Texas or another appropriate court (the "*U.S. Bankruptcy Court*") voluntary petitions for relief pursuant to chapter 11 of title 11 of the United States Code (the "*Bankruptcy Code*");

**WHEREAS**, the Boards of Directors of the Parent Companies have authorized the Parent Companies to execute, deliver, and file or cause to be filed with the U.S. Bankruptcy Court, on behalf of the Parent Companies, any and all other documents necessary or convenient to effect, cause or promote the reorganization of the Parent Companies under chapter 11 of the Bankruptcy Code and any and all other documents, including a Plan of Reorganization (the "*Plan*") providing for the restructuring, reorganization or liquidation of the Parent Companies, and a Disclosure Statement for the Plan (the "*Disclosure Statement*"), together with any amendments or modifications thereto, or any restatements thereof;

**WHEREAS**, on February 8, 2018, the Governing Body of each Subsidiary adopted a resolution recommending that such Subsidiaries enter into the restructuring support agreement and perform the obligations contemplated therein which such Subsidiaries executed on February 8, 2018 and which became effective on February 16, 2018, and which was subsequently amended and restated on February 22, 2018 (as so amended and restated, the "*Restructuring Support Agreement*");

**WHEREAS**, on February 26, 2018, the Governing Body of each Subsidiary has previously authorized each Subsidiary to solicit votes to accept or reject the Plan in accordance with section 1125 of the Bankruptcy Code and within the meaning of section 1126 of the Bankruptcy Code (the "*Solicitation*") and has received the results of such Solicitation (the "*Solicitation Results*");

**WHEREAS**, the Governing Body of each Subsidiary has conducted an evaluation of the financial state of such Subsidiary, reviewed the strategic alternatives available to such Subsidiary, the Solicitation Results, and the related circumstances and situation, and consulted with the financial and legal advisors of such Subsidiary;

**WHEREAS**, the Governing Body of each Subsidiary desires concurrently with the Parent Companies to file or cause to be filed with a federal bankruptcy court voluntary petitions for relief pursuant to chapter 11 of the Bankruptcy Code; and

**WHEREAS**, the Parent Companies have authorized the Subsidiaries to file or cause to be filed with the U.S. Bankruptcy Court voluntary petitions for relief pursuant to chapter 11 of the Bankruptcy Code, and the Subsidiaries and the managers or boards of directors of the Subsidiaries are authorized and directed to take such actions as are necessary to accomplish same consistent with such authorization.

**NOW, THEREFORE, BE IT RESOLVED**, that the Governing Body of each Subsidiary has determined that it is desirable and in the best interests of such Subsidiary to file with a federal bankruptcy court voluntary petitions for relief pursuant to chapter 11 of the Bankruptcy Code as set forth below;

**FURTHER RESOLVED,** that the Governing Body of each Subsidiary hereby authorizes such Subsidiary to file or cause to be filed with the U.S. Bankruptcy Court voluntary petitions for relief pursuant to chapter 11 of the Bankruptcy Code;

**FURTHER RESOLVED**, that the Governing Body of each Subsidiary hereby authorizes and empowers each of its officers (collectively, the "*Authorized Officers*"), acting alone or with one or more other Authorized Officers, to execute, deliver, and file or cause to be filed with the U.S. Bankruptcy Court on behalf of such Subsidiary, voluntary petitions pursuant to chapter 11 of the Bankruptcy Code (the "*Petitions*"), in such form as prescribed by the Official Forms promulgated in connection with the Bankruptcy Code;

**FURTHER RESOLVED**, that, upon the filing of the Petitions as authorized by the preceding paragraph, the Governing Body of each Subsidiary hereby authorizes and empowers each Authorized Officer of such Subsidiary, acting alone or with one or more other Authorized Officers of such Subsidiary, to execute, deliver, and file or cause to be filed with the U.S. Bankruptcy Court, on behalf of such Subsidiary, all papers, motions, applications, schedules, and pleadings necessary, appropriate, or convenient to facilitate the chapter 11 bankruptcy case and all of its matters and proceedings, and any and all other documents necessary, appropriate, or convenient in connection with the commencement of the chapter 11 case, each in such form or forms as the Authorized Officer may approve on behalf of such Subsidiary;

**FURTHER RESOLVED**, that the Governing Body of each Subsidiary hereby authorizes and empowers the Authorized Officers of such Subsidiary to execute, deliver and file or cause to be filed with the U.S. Bankruptcy Court, on behalf of such Subsidiary, all papers and pleadings that such Authorized Officers believe to be necessary or desirable to effect, cause or further the reorganization of such Subsidiary under chapter 11 of the Bankruptcy Code and any and all other documents, including the Plan and the Disclosure Statement, together with any amendments or modifications thereto, or any restatements thereof;

### *Retention of Professionals*

**FURTHER RESOLVED**, that the engagement of Vinson & Elkins LLP as general bankruptcy counsel to represent and assist each Subsidiary in carrying out its duties under the Bankruptcy Code in U.S. Bankruptcy Court, and to take any and all actions to advance each Subsidiary's rights and obligations, including filings and pleadings, is hereby approved, and each of the Authorized Officers of each Subsidiary is hereby authorized and directed to take such actions as may be required to so engage such firm for such purposes; and in connection therewith, each of the Authorized Officers of each Subsidiary, with power of delegation, is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers to, and cause to be filed an appropriate application for authority to retain the services of Vinson & Elkins LLP;

**FURTHER RESOLVED**, that the engagement of Blank Rome LLP as special maritime counsel to advise the each Subsidiary with respect to certain regulatory matters in connection with the contemplated chapter 11 filing, is hereby approved, and each of the Authorized Officers of each Subsidiary is hereby authorized and directed to take such actions as may be required to so engage such firm for such purposes; and in connection therewith, each of the Authorized Officers of each Subsidiary, with power of delegation, is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers to, and cause to be filed an appropriate application for authority to retain the services of Blank Rome LLP;

**FURTHER RESOLVED**, that the engagement of Stephens Inc (the acquirers and successors of Blackhill Partners, LLC) as investment banker to represent and assist each Subsidiary in carrying out its duties under the Bankruptcy Code in U.S. Bankruptcy Court, and to take any and all actions to advance each Subsidiary's rights and obligations, is hereby approved, and each of the Authorized Officers of each Subsidiary is hereby authorized and directed to take such actions as may be required to so engage such firm for such purposes; and in connection therewith, each of the Authorized Officers of each Subsidiary, with power of delegation, is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers to, and cause to be filed an appropriate application for authority to retain the services of Stephens Inc.;

**FURTHER RESOLVED**, that the engagement of Postlethwaite & Netterville as financial advisor to represent and assist each Subsidiary in carrying out its duties under the Bankruptcy Code in U.S. Bankruptcy Court, and to take any and all actions to advance each Subsidiary's rights and obligations, is hereby approved, and each of the Authorized Officers of each Subsidiary is hereby authorized and directed to take such actions as may be required to so engage such firm for such purposes; and in connection therewith, each of the Authorized Officers of each Subsidiary, with power of delegation, is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers to, and cause to be filed an appropriate application for authority to retain the services of Postlethwaite & Netterville;

**FURTHER RESOLVED**, that the engagement of Deloitte Tax LLP as tax advisor to represent and assist each Subsidiary in carrying out its duties under the Bankruptcy Code in U.S. Bankruptcy Court, and to take any and all actions to advance each Subsidiary's rights and obligations, is hereby authorized, and each of the Authorized Officers of each Subsidiary is hereby

authorized and directed to take such actions as may be required to so engage such firm for such purposes; and in connection therewith, each of the Authorized Officers of each Subsidiary, with power of delegation, is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers to, and cause to be filed an appropriate application for authority to retain the services of Deloitte Tax LLP;

**FURTHER RESOLVED**, that the engagement of Prime Clerk, LLC as notice and claims agent to represent and assist each Subsidiary in carrying out its duties under the Bankruptcy Code in U.S. Bankruptcy Court, and to take any and all actions to advance each Subsidiary's rights and obligations, is hereby approved, and each of the Authorized Officers of each Subsidiary is hereby authorized and directed to take such actions as may be required to so engage such firm for such purposes; and in connection therewith, each of the Authorized Officers of each Subsidiary, with power of delegation, is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers to, and cause to be filed an appropriate application for authority to retain the services of Prime Clerk, LLC;

**FURTHER RESOLVED**, that each of the Authorized Officers of each Subsidiary is hereby authorized and directed to employ any other professionals to assist each Subsidiary in carrying out its duties under the Bankruptcy Code; and in connection therewith, each of the Authorized Officers of each Subsidiary, with power of delegation, is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers and fees, and to cause to be filed an appropriate application for authority to retain the services of any other professionals as necessary;

### *Cash Collateral and Adequate Protection*

**FURTHER RESOLVED**, that the Authorized Officers of each Subsidiary be, and each of them hereby is, authorized, directed and empowered in the name of, and on behalf of, such Subsidiary, as debtor and debtor in possession, to seek approval of a cash collateral order in interim and final form (a "***Cash Collateral Order***") and to negotiate, execute and deliver any and all agreements, instruments or documents, by or on behalf of such Subsidiary, necessary, appropriate, or convenient to implement the Cash Collateral Order, as well as any additional or further agreements for the use of cash collateral in connection with the chapter 11 case, which agreement(s) may require such Subsidiary to grant liens to such Subsidiary's existing lenders or secured noteholders and each other agreement, instrument or document to be executed and delivered in connection therewith, by or on behalf of such Subsidiary pursuant thereto or in connection therewith, all with such changes therein and additions thereto as any Authorized Officer approves, such approval to be conclusively evidenced by the taking of such action or by the execution and delivery thereof;

### *General*

**FURTHER RESOLVED**, that the Authorized Officers of each Subsidiary be, and each of them hereby is, authorized, on behalf of each Subsidiary, to certify and attest to any documents that he or she may deem necessary, appropriate, or convenient to consummate any transactions

necessary to effectuate the foregoing resolutions; provided, such attestation shall not be required for the validity of any such documents; and

**FURTHER RESOLVED**, that all actions heretofore taken by any officer, employee or representative of each Subsidiary in its name or for its account in connection with any of the above matters are hereby in all respects ratified, confirmed and approved.

[*The remainder of this page is intentionally blank.*]

**IN WITNESS WHEREOF**, each of the undersigned has executed this Written Consent as of the date first written above.

SHANE J. GUIDRY

In his capacity as sole Manager of:

**Harvey Gulf International Marine, LLC**

_____

Shane J. Guidry

**HARVEY GULF INTERNATIONAL MARINE, LLC**

In its capacity as sole Manager of each of:

**Harvey America LNG, LLC**
**Harvey Badger, LLC**
**Harvey Bear, LLC**
**Harvey Beaver, LLC**
**Harvey Blue-Sea, LLC**
**Harvey Bobcat, LLC**
**Harvey Bronco, LLC**
**Harvey Buffalo, LLC**
**Harvey Bull, LLC**
**Harvey Carrier, LLC**
**Harvey Challenger, LLC**
**Harvey Champion, LLC**
**Harvey Charger, LLC**
**Harvey Clipper, LLC**
**Harvey Colt, LLC**
**Harvey Condor, LLC**
**Harvey Cougar, LLC**
**Harvey Cowboy, LLC**
**Harvey Deep-Sea, LLC**
**Harvey Eagle, LLC**
**Harvey Energy, LLC**
**Harvey Explorer 242, L.L.C.**
**Harvey Express 225, LLC**
**Harvey Falcon, LLC**
**Harvey Freedom, LLC**
**Harvey Gator, LLC**

_Signature Page to Written Consent of_
_The Managers or Boards of Directors of Subsidiaries_
_(Chapter 11 Filing)_

Harvey Giant, LLC
Harvey Gladiator, LLC
Harvey Grizzly, LLC
Harvey Hauler, LLC
Harvey Hawk, LLC
Harvey Hawkeye, LLC
Harvey Heat, LLC
Harvey Herd, LLC
Harvey Hurricane, LLC
Harvey Husky, LLC
Harvey Hustler, LLC
Harvey Indian, LLC
Harvey Intruder, L.L.C.
Harvey Jaguar, LLC
Harvey Leader, LLC
Harvey Legend, LLC
Harvey Liberty, LLC
Harvey Lightning, L.L.C.
Harvey Lion, LLC
Harvey Mariner, LLC
Harvey Mustang, LLC
Harvey Otter, LLC
Harvey Pacer, LLC
Harvey Panther, LLC
Harvey Patriot, LLC
Harvey Pioneer, LLC
Harvey Pirate, LLC
Harvey Power, LLC
Harvey Provider 240, L.L.C.
Harvey Raider, LLC
Harvey Rain, LLC
Harvey Ram, LLC
Harvey Raven, LLC
Harvey Razorback, LLC
Harvey Rebel, LLC
Harvey Redhawk, LLC
Harvey Rover, LLC
Harvey Runner, LLC
Harvey Sailor, LLC
Harvey Saint, LLC
Harvey Sea Lion, LLC
Harvey Sea-Hawk, LLC
Harvey Seas, LLC
Harvey Spirit, L.L.C.
Harvey Spur, LLC
Harvey Steeler, LLC

*Signature Page to Written Consent of*
*The Managers or Boards of Directors of Subsidiaries*
*(Chapter 11 Filing)*

**Harvey Storm, LLC**
**Harvey Subsea, LLC**
**Harvey Supporter, LLC**
**Harvey Thunder, L.L.C.**
**Harvey Tiger, LLC**
**Harvey Tugs, LLC**
**Harvey War Horse, L.L.C.**
**Harvey War Horse III, L.L.C.**
**Harvey Wave, LLC**
**Harvey Wind, LLC**
**Harvey Wolf, LLC**
**Harvey Worker, LLC**


By: _____
Name: Shane J. Guidry
Title:   Manager


**A. RICHARD CAPUTO, JR.**

**SHANE J. GUIDRY**

**JEFFREY B. MILLER**

**PETER D. SUFFREDINI**

In their capacity as Directors of each of:

**Gladiator Marine, Inc.**
**Golden Lane Marine, Inc.**
**Guidry Brothers, Inc.**
**N.J. Guidry & Sons Towing Co., Inc.**

_____
A. Richard Caputo, Jr.


_____
Shane J. Guidry


_____
Jeffrey B. Miller

*Signature Page to Written Consent of*
*The Managers or Boards of Directors of Subsidiaries*
*(Chapter 11 Filing)*

Harvey Storm, LLC
Harvey Subsea, LLC
Harvey Supporter, LLC
Harvey Thunder, L.L.C.
Harvey Tiger, LLC
Harvey Tugs, LLC
Harvey War Horse, L.L.C.
Harvey War Horse III, L.L.C.
Harvey Wave, LLC
Harvey Wind, LLC
Harvey Wolf, LLC
Harvey Worker, LLC

By: _____
Name:  Shane J. Guidry
Title:   Manager


A. RICHARD CAPUTO, JR.

SHANE J. GUIDRY

JEFFREY B. MILLER

PETER D. SUFFREDINI

In their capacity as Directors of each of:

Gladiator Marine, Inc.
Golden Lane Marine, Inc.
Guidry Brothers, Inc.
N.J. Guidry & Sons Towing Co., Inc.


_____
A. Richard Caputo, Jr.

_____
Shane J. Guidry

_____
Jeffrey B. Miller

*Signature Page to Written Consent of*
*The Managers or Boards of Directors of Subsidiaries*
*(Chapter 11 Filing)*

Peter D. Suffredini

*Signature Page to Written Consent of*
*The Managers or Boards of Directors of Subsidiaries*
*(Chapter 11 Filing)*

**Fill in this information to identify the case and this filing:**

Debtor Name **Harvey Gulf International Marine, LLC**

United States Bankruptcy Court for the: **Southern** District of **Texas**
(State)

Case number (*If known*): _____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☒ Other document that requires a declaration **Corporate Resolutions** _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **03 / 07 / 2018**
MM / DD / YYYY

✖ **/s/ Shane J. Guidry**
Signature of individual signing on behalf of debtor

**Shane J. Guidry**
Printed name

**Chief Executive Officer**
Position or relationship to debtor

Official Form 202          Declaration Under Penalty of Perjury for Non-Individuals